UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

─────────────────────────────

UNITED STATES OF AMERICA,

                                                    **DECISION AND ORDER**
      v.                                                      14-CR-89-A

STACY SAMUELS,

                          Defendant.

─────────────────────────────

       This case was referred to Magistrate Judge Jeremiah J. McCarthy pursuant to 28 U.S.C. § 636(b)(1)(B) for pretrial proceedings.  The defendant, Stacy Samuels, filed a motion to suppress electronically-intercepted communications. (Dkt. No. 28).  The United States responded on September 11, 2014, and also moved for reciprocal discovery.  (Dkt. No. 34).  Oral argument was held on September 26, 2014.   Magistrate Judge McCarthy filed a Report and Recommendation (Dkt. No. 36) on October 4, 2014 recommending that defendant Samuels' motion to suppress be denied, and that the United States' cross motion be granted.   No objections to the Report and Recommendation have been filed.

       The Court has carefully reviewed the Report and Recommendation, the record in this case, and no objections having been timely filed, it is hereby

       **ORDERED**, that pursuant to 28 U.S.C. 636(b)(1), and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, defendant

Samuels' motion to suppress is denied, and the United States' cross motion for reciprocal discovery is granted. The case remains before the Magistrate Judge completion of pretrial motion practice.

**IT IS SO ORDERED.**

                                       *Richard J. Arcara*
                              HONORABLE RICHARD J. ARCARA
                              UNITED STATES DISTRICT COURT

Dated:  May 1, 2015